**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DONALD COLLINS,** ) | |
| ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:26-cv-112 (MTT)** |
| ) | |
| **KIM WILLSON,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

On April 7, 2026, the Court denied Plaintiff Donald Collins' motion to proceed *in forma pauperis* ("IFP"). ECF 5. The Court explained that Collins' motion was deficient but afforded Collins twenty-one days to refile a complete application. *Id.* The deadline for filing a complete application has elapsed.

Accordingly, Collins is **ORDERED** to pay the **$405.00** filing fee no later than **May 8, 2026**; failure to do so will result in the dismissal of this case.

In addition, Collins' motion to survive initial screening (ECF 3) is **DENIED** as moot.

**SO ORDERED**, this 30th day of April, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT