**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **DONALD COLLINS,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-112 (MTT)** |
| | ) | |
| **KIM WILLSON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

On April 7, 2026, the Court denied Plaintiff Donald Collins' motion to proceed *in forma pauperis* ("IFP"). ECF 5. The Court explained that Collins' motion was deficient but afforded Collins twenty-one days to refile a complete application. *Id.* Collins made no response. Accordingly, the Court ordered Collins to pay the $405.00 filing fee no later than May 8, 2026. ECF 7. The Court warned that the failure to do so would result in the dismissal of this case. *Id.*

The deadline for paying the filing fee has elapsed, and Collins has failed to comply with the Court's Order. The failure to comply with the Court's orders and instructions is grounds for dismissing this case. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey

-2-

a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978))[1]. As warned, Collins' complaint (ECF 1) is **DISMISSED without prejudice**.[2]

**SO ORDERED**, this 11th day of May, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Eleventh Circuit has adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981. *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).

[2] Defendant's motion to dismiss (ECF 6) is **DENIED** as moot.