IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DONALD COLLINS,                                    *

               Plaintiff,       *

v.                                                        Case No. 5:26-cv-00112-MTT

                                   *

KIM WILLSON,

                                   *

               Defendant.
                                                   *

## J U D G M E N T

Pursuant to this Court's Order dated May 11, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of May, 2026.

                                David W. Bunt, Clerk

                                s/ Erin Pettigrew, Deputy Clerk