**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **DONALD COLLINS,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:26-cv-112 (MTT)** |
| ) | |
| **KIM WILLSON,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

On May 11, 2026, the Court dismissed without prejudice Plaintiff Donald Collins' complaint for failure to timely comply with the Court's Order to pay the filing fee. ECF 8. The next day, Collins paid the fee, and the mailed payment is postmarked May 4, 2026, four days prior to the payment deadline. Accordingly, the Court **VACATES** the Order dismissing Plaintiff's complaint (ECF 8)[1] and the Judgment (ECF 9).

**SO ORDERED**, this 13th day of May, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Defendant's motion to dismiss (ECF 6) is no longer moot.