**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **DONALD COLLINS,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:26-cv-112 (MTT)** |
| | ) | |
| **KIM WILLSON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Plaintiff's First Amended Complaint (ECF 25) contains more detailed allegations than Plaintiff's initial complaint (ECF 1) and supersedes it. *See Hoefling v. City of Miami*, 811 F.3d 1271, 1277 (11th Cir. 2016) (holding that the filing of an amended pleading renders the previous pleading a "legal nullity"). Accordingly, Defendant's motion to dismiss (ECF 6) is **DENIED as moot**. Defendant shall file a new motion to dismiss or a responsive pleading within thirty days, no later than **December 2, 2026**.

**SO ORDERED**, this 2nd day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT